**No. 42039.**—Protests 928204–G, etc., of Selsi Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) aneroid barometers similar to those the subject of *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271) at 27½ percent under paragraph 372; (2) hair hygrometers like those the subject of *Selsi* v. *United States* (C. D. 160) at 27½ percent under paragraph 372; (3) thermometers similar to those the subject of Abstract 39852 at 40 percent under paragraph 339; and (4) weather sets as household utensils at 40 percent under paragraph 339, *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816) cited.

**No. 42040.**—Protests 987966–G, etc., of Selsi Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Selsi* v. *United States* (C. D. 147) aneroid barometers and parts were held dutiable at 27½ percent under paragraph 372 as claimed.